✍ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA  :

    - v. -  :   **NOTICE OF INTENT TO FILE AN INFORMATION**

JAIME MONDRAGON,  :

        Defendant.  :   **08 CRIM 024**

- - - - - - - - - - - - - - - - - - - x

Judge McMahon

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         December 18, 2007

                    MICHAEL J. GARCIA
                    United States Attorney

           By: _William J. Harrington_ (signed)
              William J. Harrington
              Assistant United States Attorney

AGREED AND CONSENTED TO:

           By: _Jennifer Brown_ (signed)
              Jennifer Brown, Esq.
              Attorney for Jaime Mondragon

[ELECTRONICALLY FILED 12/20/07]

12/20/07 WHEEL A

TOTAL P.02