

U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 18, 2008

**BY HAND**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. Jaime Mondragon,
    08 Cr. 24 (CM)

Dear Judge McMahon:

    I write to confirm the adjournment of the pretrial conference in the above reference matter to February 29, 2008 at 9:30 am.

    The Government also requests that the Court exclude time from today until February 29, 2008 pursuant to the Speedy Trial Act. The Government submits that such exclusion is warranted pursuant to 18 U.S.C. § 8161(h)(8)(A). Specifically, the ends of justice outweigh the best interest of the public and the defendants in a speedy trial because the exclusion affords the parties continued time to consider a pre-trial disposition of this matter and thus helps ensure the effective assistance of counsel. Jennifer Brown, counsel for the defendant, consents to this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
William J. Harrington
Assistant U.S. Attorney
(212) 637-2331

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08

cc by hand:   Jennifer Brown, Esq