UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA        :
                                :
        - v. -                  :    WAIVER OF INDICTMENT
                                :
JAIME MONDRAGON,                :    08 Cr. 024
                                :
             Defendant.         :
                                :
- - - - - - - - - - - - - - - - x

      The above-named defendant, who is accused of two counts of violating Title 21, United States Code, Sections 846 and 963, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:   New York, New York
        ___3/26___, 2008



0202