```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA      :
                              :
       - v. -                 :        INFORMATION
                              :
JAIME MONDRAGON,              :        S1 08 Cr. 24 (CM)
                              :
              Defendant.      :
                              :
- - - - - - - - - - - - - - - x
```

### COUNT ONE

The United States Attorney charges:

1. From in or about May 2007 through on or about September 23, 2007, in the Southern District of New York and elsewhere, JAIME MONDRAGON, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that JAIME MONDRAGON, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 100 grams and more of mixtures and


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 6 2008

substances containing a detectable amount of heroin, in violation of Sections 812, 841(a)(1), and 841(b)(1)(B) of Title 21, United States Code.

(Title 21, United States Code, Section 846.)

### COUNT TWO

The United States Attorney further charges:

3. From in or about May 2007 through on or about September 23, 2007, in the Southern District of New York and elsewhere, JAIME MONDRAGON, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

4. It was a part and an object of the conspiracy that JAIME MONDRAGON, the defendant, and others known and unknown, would and did import into the customs territory of the United States from a place outside therof, a controlled substance, to wit, 100 grams and more of mixtures and substances containing a detectable amount of heroin, in violation of Sections 952, 960(a)(1), and 960(b)(2)(A) of Title 21, United States Code.

(Title 21, United States Code, Section 963.)


FORFEITURE ALLEGATION AS TO COUNTS ONE AND TWO

5. As a result of committing the controlled substance offenses alleged in Count One and Count Two of this Information, JAIME MONDRAGON, the defendant, shall forfeit to the United

States pursuant to 21 U.S.C. §§ 853 and 970, any and all property constituting or derived from any proceeds said defendant obtained directly or indirectly as a result of said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One and Count Two of this Information.

<u>Substitute Assets Provision</u>

6.  If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

>   (a)  cannot be located upon the exercise of due diligence;
>
>   (b)  has been transferred or sold to, or deposited with, a third party;
>
>   (c)  has been placed beyond the jurisdiction of the court;
>
>   (d)  has been substantially diminished in value; or
>
>   (e)  has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 846, 853, 963 and 970.)

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

JAIME MONDRAGON,

Defendant.

INFORMATION

S1 08 Cr. 024 (CM)

Title 21, United States Code, Sections 846 & 963

MICHAEL J. GARCIA
United States Attorney.